**Electronically Filed
Supreme Court
SCWC-11-0000024
11-FEB-2013
01:19 PM**

SCWC-11-0000024

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

STATE OF HAWAI'I, Respondent/Plaintiff-Appellee,

vs.

ARTHUR HOKE, IV, Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-11-0000024; CASE NO. 3DTC-09-13328)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack, JJ.)

Petitioner/Defendant-Appellant's application for writ

of certiorari filed on December 28, 2012, is hereby rejected.

DATED: Honolulu, Hawai'i, February 11, 2013.

Gary C. Zamber
for petitioner

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

